| | |
|---|---|
| 1 | Daniel Malakauskas (State Bar No. 265903) |
| 2 | Malakauskas Law, APC |
|   | 7345 South Durango Drive |
| 3 | Suite B-107-240 |
|   | Las Vegas, NV 89113 |
| 4 | Telephone: (866) 790-2242 |
|   | Facsimile: (888) 802-2440 |
| 5 | Email: daniel@malakauskas.com |
| 6 | Angel R. Sevilla (State Bar No. 239072) |
|   | Janelle J. Sahouria (State Bar No. 253699) |
| 7 | JACKSON LEWIS P.C. |
|   | 50 California Street, 9th Floor |
| 8 | San Francisco, California 94111-4615 |
|   | Telephone:  (415) 394-9400 |
| 9 | Facsimile:  (415) 394-9401 |
|   | E-mail:  Angel.Sevilla@jacksonlewis.com |
| 10 | E-mail:  Janelle.Sahouria@jacksonlewis.com |
| 11 | Elyza Heraldez (State Bar No. 293395) |
|    | JACKSON LEWIS P.C. |
| 12 | 200 Spectrum Center Drive - Suite 500, |
|    | Irvine, California 92618 |
| 13 | Telephone: (949) 885-1360 |
|    | Facsimile: (949) 453-0168 |
| 14 | E-mail: Elyza.Heraldez@jacksonlewis.com |
| 15 | Attorneys for Defendant(s) |
|    | NEW BALANCE ATHLETICS, INC. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK SINGH, | Case No. 5:19cv2292 |
| Plaintiff(s), | **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8.3)** |
| v. | |
| NEW BALANCE ATHLETICS, INC., as an entity and doing business as "New Balance Factory Store Ontario", PAC OPERATING LIMITED PARTNERSHIP, and DOES 1-50, Inclusive, | Complaint Filed:         11/29/2019<br>Complaint Served:      12/17/2019<br>Current Response Date: 01/07/2020<br>New Response Date:     02/06/2020 |
| Defendant(s). | Trial Date:              None Set. |

1

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT (L.R. 8-3)          Case No. 5:19cv2292

Pursuant to L.R. 8-3, Plaintiff FRANK SINGH ("Plaintiff") and Defendant NEW BALANCE ATHLETICS, Inc. ("Defendant") jointly stipulate as follows:

WHEREAS, Plaintiff filed his Complaint on November 29, 2019;

WHEREAS, Plaintiff served his Complaint on Defendant on December 17, 2019;

WHEREAS, Defendant's original deadline to answer or respond to the Complaint is January 7, 2020;

WHEREAS, Defendant has requested and Plaintiff has consented to a 30-day extension until February 6, 2020, for Defendant to file its answer or response to the Complaint;

WHEREAS, the extension to answer or respond to the Complaint will not alter the date of any event or any deadline already fixed by Court order.

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that Defendant shall answer or otherwise respond to Plaintiff's Complaint by February 6, 2020.

Dated: January 7, 2020            JACKSON LEWIS P.C.

By:   /s/ Angel R. Sevilla
      Angel R. Sevilla
      Janelle J. Sahouria
      Attorneys for Defendant(s)
      NEW BALANCE ATHLETICS, INC.

Dated: January 7, 2020            MALAKAUSKAS LAW, APC

By:   /s/ Daniel Malakauskas
      Daniel Malakauskas
      Attorney for Plaintiff
      FRANK SINGH.

4841-6255-3776, v. 1