1  DANIEL MALAKAUSKAS, *Cal. Bar. No.:265903*
2  MALAKAUSKAS LAW, APC
   7345 South Durango Drive
3  Suite B-107-240
   Las Vegas, NV 89113
4  Tel: 866-790-2242 / Fax: 888-802-2440
   Email: daniel@malakauskas.com
5
6  *Attorney for Plaintiff:* **Frank Singh**

7  ELYZA PARVONNE ESHAGHI, *Cal. Bar No.:293395*
   JACKSON LEWIS PC
8  200 Spectrum Center Drive, Suite 500
   Irvine, CA 92618
9  Tel: 949-885-1360 / Fax: 949-453-0168
   Email: elyza.heraldez@jacksonlewis.com
10
11 *Attorney for Defendants:* **New Balance Athletics, Inc., and**
   **PAC Operating Limited Partnership**
12
13 ANGELITO R. SEVILLA, *Cal. Bar No.:239072*
   JANELLE JAD SAHOURIA, *Cal. Bar No.:253699*
14 JACKSON LEWIS PC
   50 California Street, 9th Floor
15 San Francisco, CA 94111
   Tel: 415-394-9400 / Fax: 415-394-9401
16 Email: angel.sevilla@jacksonlewis.com
   Email: janelle.sahouria@jacksonlewis.com
17
18 *Attorneys for Defendant:* **New Balance Athletics, Inc., and**
   **PAC Operating Limited Partnership**
19

20              **UNITED STATES DISTRICT COURT**

21              **CENTRAL DISTRICT OF CALIFORNIA**

22                     **EASTERN DIVISION**

23

24

25

26

27

28

| | |
|---|---|
| **FRANK SINGH**, | Case No.: **5:19-cv-02292-JGB-SP** |
| Plaintiff, | |
| v. | **STIPULATED DISMISSAL WITH PREJUDICE** |
| **NEW BALANCE ATHLETICS, INC.,** as an entity and doing business as "New Balance Factory Store Ontario", **PAC OPERATING LIMITED PARTNERSHIP**, and **DOES** 1-50, Inclusive, | |
| Defendants. | |

**IT IS HEREBY STIPULATED** by and between the parties in this action through their designated counsel, that this action be and is hereby dismissed in its entirety, **WITH PREJUDICE**, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).  The parties shall bear their own costs and attorney fees in connection with the lawsuit and the negotiation and preparation of any agreement entered into by such parties.

Date:  August 7th, 2020

/s/Daniel Malakauskas\
By: Daniel Malakauskas, of,\
MALAKAUSKAS LAW, APC,\
Attorney for Plaintiff

Date:  August 7th, 2020

/s/Elyza P. Eshaghi\
By: Elyza P. Eshaghi, of,\
JACKSON LEWIS PC, Attorney for\
Defendants, *New Balance Athletics,\
Inc., and PAC Operating Limited\
Partnership*

All signatories on whose behalf the filing is submitted concur in the filing's content and have authorized the filing.

4824-3124-1415, v. 1